UNITED STATES of America, Appellee,

v.

Shannon KIES, Appellant.

No. 06–3164.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 8, 2007.

Filed: Jan. 24, 2007.

Richard Louis Murphy, U.S. Attorney's Office, Cedar Rapids, IA, for Appellee.

Shannon Kies, Oklahoma City, OK, pro se.

Michael L. Mollman, Cedar Rapids, IA, for Appellant.

Before LOKEN, Chief Judge, BYE and SHEPHERD, Circuit Judges.

---

[UNPUBLISHED]

PER CURIAM.

The district court[1] sentenced Shannon Kies to 87 months in prison after he pled guilty to one count of theft of firearms from a federal firearms licensee. For the reasons discussed below, we affirm his sentence.

Kies argues the district court erred by denying downward adjustments for his role in the offense and for his acceptance of responsibility, and by applying an enhancement for obstruction of justice. Having reviewed the district court's factual findings and legal conclusions under the applicable standards of review, we determine there is no error. See U.S.S.G. § 3C1.1, cmt. n. 4(e); § 3E1.1, cmt. n. 4.

Accordingly, we affirm the judgment of the district court.

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.